**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dimitrios MANOLATOS, Defendant–Appellant.**

No. 02–30758.

United States Court of Appeals, Fifth Circuit.

Aug. 12, 2003.

Before EMILIO M. GARZA and DENNIS, Circuit Judges, and VANCE,* District Judge.

PER CURIAM.**

AFFIRMED. See 5th Cir. Rule 47.6.

---

* District Judge of the Eastern District of Louisiana, sitting by designation.

** Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.